# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE:<br><br>WADE C. SNIVELY,<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CHAPTER 7<br><br>CASE NO. 06-61521<br><br>JUDGE RUSS KENDIG<br><br><br>**ORDER REVOKING ECF FILING**<br>**PRIVILEGES OF EDWARD P.**<br>**MARKOVICH AND HOLDING CASE**<br>**OPEN FOR FURTHER**<br>**ADMINISTRATION** |

This matter comes before the court upon an order to appear and show cause issued to Attorney Edward P. Markovich (hereinafter "Markovich") on January 5, 2007. In accordance with the accompanying Memorandum of Opinion, the CM/ECF user access of Edward P. Markovich is hereby indefinitely revoked as of the date of the entry of this order. The case shall remain open for further administration and, with regards to the portion of the show cause orders requiring action to prevent dismissal, the show cause orders are satisfied.

It is so ordered.

/s/ Russ Kendig
───────────────────────────
Judge Russ Kendig
U.S. Bankruptcy Judge

MAY 1 - 2007

## Service List

Edward P. Markovich
209 S. Main Street Suite 712
P.O. Box 80130
Akron, OH 44308-0130

United States Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Ave.
4th Floor, Suite 441
Cleveland, OH 44114

Michael V. Demczyk
P.O. Box 867
12370 Cleveland Ave. NW
Uniontown, OH 44685

Wade C. Snively
1215 Housel St. South
Canton, OH 44707

Bankruptcy Judges – Northern District of Ohio